[No. 2180-1.    Division One.    September 10, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. HUGH EDWARD FLOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for What-

com County, No. 47240, Byron L. Swedberg, J., entered March 1, 1973. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Horowitz and James, JJ.